UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. CR10-217-RSL |
| | ) |
| v. | ) **DETENTION ORDER** |
| | ) |
| SCOTT ALAN STUART, | ) |
| | ) |
| Defendant. | ) |

Offense charged:

    Conspiracy to Commit Wire Fraud,
    Wire Fraud,
    Willfully Filing False Tax Return,
    Willful Failure to File.

Date of Detention Hearing: July 19, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant allegedly defrauded many victims of millions of dollars. The government

DETENTION ORDER - 1

proffered that since 2009 when defendant was contacted by law enforcement, he has continued to engage in conduct similar to the acts alleged in the indictment. The government also proffered that as recently as a week ago an alleged victim from whom hundreds of thousands of dollars was taken was contacted.

It is therefore ORDERED:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of July, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2